**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES ROBERTS,

                Plaintiff,                20 **CIVIL** 7522 (OTW)

      -v-                                 **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 8, 2022, the Commissioner's Motion for Judgment on the Pleadings is GRANTED, and Plaintiff's Motion for Judgment on the Pleadings is DENIED.

**Dated:**  New York, New York
          June 8, 2022

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                 **BY:**      *K. Mango*
                                                   **Deputy Clerk**